# SEALED

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email: Jacob.Operskalski@usdoj.gov
Representing the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| Plaintiff, | |
| vs. | 2:24-cr-0152-JAD-BNW |
| SPENCER CHRISTJENCODY GEAR, | **VIOLATIONS:** |
| Defendant. | 18 U.S.C. § 115(a)(1)(B) Threatening a Federal Official |
| | 18 U.S.C. § 875(c) Transmitting a Communication Containing a Threat to Injure |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Threatening a Federal Official)

On or about November 30, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, threatened to assault and murder B.H., with intent to impede,

intimidate, and interfere with B.H. while engaged in the performance of official duties, and

with intent to retaliate against B.H. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
(Transmitting a Communication Containing a Threat to Injure)

On or about November 30, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure B.H., specifically, the defendant threatened to kill B.H., in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
(Threatening a Federal Official)

On or about December 17, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, threatened to assault and murder B.H., with intent to impede, intimidate, and interfere with B.H. while engaged in the performance of official duties, and with intent to retaliate against B.H. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR
(Transmitting a Communication Containing a Threat to Injure)

On or about December 17, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure B.H., specifically, the defendant threatened to kill B.H., in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
(Threatening a Federal Official)

On or about December 23, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, threatened to assault and murder R.W., with intent to impede, intimidate, and interfere with R.W. while engaged in the performance of official duties, and with intent to retaliate against R.W. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT SIX
(Transmitting a Communication Containing a Threat to Injure)

On or about December 23, 2023, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure R.W., specifically, the defendant threatened to kill R.W., in violation of Title 18, United States Code, Section 875(c).

## COUNT SEVEN
(Threatening a Federal Official)

On or about January 22, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, threatened to assault and murder L.K., with intent to impede, intimidate, and interfere with L.K. while engaged in the performance of official duties, and with intent to retaliate against L.K. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT EIGHT
(Transmitting a Communication Containing a Threat to Injure)

On or about January 22, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to New York, a telephone communication containing a threat to injure L.K., specifically, the defendant threatened to kill L.K., in violation of Title 18, United States Code, Section 875(c).

## COUNT NINE
(Threatening a Federal Official)

On or about January 25, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, threatened to assault and murder J.C., with intent to impede, intimidate, and interfere with J.C. while engaged in the performance of official duties, and with intent to retaliate against J.C. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TEN
(Transmitting a Communication Containing a Threat to Injure)

On or about January 25, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure J.C., specifically, the defendant threatened to kill J.C., in violation of Title 18, United States Code, Section 875(c).

## COUNT ELEVEN
(Threatening a Federal Official)

On or about May 17, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, threatened to assault and murder C.P., with intent to impede, intimidate, and interfere with C.P. while engaged in the performance of official duties, and with intent to retaliate against C.P. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWELVE
(Transmitting a Communication Containing a Threat to Injure)

On or about May 17, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to New Jersey, an electronic mail communication containing a threat to injure C.P., specifically, the defendant threatened to kill C.P., in violation of Title 18, United States Code, Section 875(c).

## COUNT THIRTEEN
(Threatening a Federal Official)

On or about May 24, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, threatened to assault and murder J.M.C., with intent to impede, intimidate, and interfere with J.M.C. while engaged in the performance of official duties, and with intent to retaliate against J.M.C. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOURTEEN
(Transmitting a Communication Containing a Threat to Injure)

On or about May 24, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure J.M.C., specifically, the defendant threatened to kill J.M.C., in violation of Title 18, United States Code, Section 875(c).

## COUNT FIFTEEN
(Transmitting a Communication Containing a Threat to Injure)

On or about May 25, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Montana, a telephone communication containing a threat to injure P.W., specifically, the defendant threatened to kill P.W., in violation of Title 18, United States Code, Section 875(c).

## COUNT SIXTEEN
(Transmitting a Communication Containing a Threat to Injure)

On or about June 3, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to New York, a telephone communication containing a threat to injure A.B. and J.M., specifically, the defendant threatened to kill A.B. and J.M., in violation of Title 18, United States Code, Section 875(c).

## COUNT SEVENTEEN
(Threatening a Federal Official)

On or about June 13, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, threatened to assault and murder C.K., with intent to impede, intimidate, and interfere with C.K. while engaged in the performance of official duties, and with intent to retaliate against C.K. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT EIGHTEEN
(Transmitting a Communication Containing a Threat to Injure)

On or about June 13, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure C.K., specifically, the defendant threatened to kill C.K., in violation of Title 18, United States Code, Section 875(c).

## COUNT NINETEEN
(Threatening a Federal Official)

On or about June 28, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR**,

the defendant herein, threatened to assault and murder C.C., with intent to impede, intimidate, and interfere with C.C. while engaged in the performance of official duties, and with intent to retaliate against C.C. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWENTY
(Transmitting a Communication Containing a Threat to Injure)

On or about June 28, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure C.C., specifically, the defendant threatened to kill C.C., in violation of Title 18, United States Code, Section 875(c).

## COUNT TWENTY-ONE
(Threatening a Federal Official)

On or about July 7, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, threatened to assault and murder J.M.C., with intent to impede, intimidate, and interfere with J.M.C. while engaged in the performance of official duties, and with intent to retaliate against J.M.C. on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWENTY-TWO
(Transmitting a Communication Containing a Threat to Injure)

On or about July 7, 2024, in the State and Federal District of Nevada,

**SPENCER CHRISTJENCODY GEAR,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Washington D.C., a telephone communication containing a threat to injure J.M.C.,

specifically, the defendant threatened to kill J.M.C., in violation of Title 18, United States Code, Section 875(c).

DATED: this 16th day of July, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

JACOB H. OPERSKALSKI
Assistant United States Attorney