AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

11565909

REC'D USMS D/NV
2024 JUL 17 AM 09:47

| United States of America | ) |
| v. | ) |
| SPENCER CHRISTJENCODY GEAR | ) Case No. 2:24-cr-0453-JHD-BNW |
| *Defendant* | ) |

✓ FILE     ___ RECEIVED
___ ENTERED    ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL 25 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SPENCER CHRISTJENCODY GEAR
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) ~ Threatening a Federal Official
18 U.S.C. § 875(c) ~ Transmitting a Communication Containing a Threat to Injure

DEBRA K. KEMPI
CLERK
*(By) DEPUTY CLERK*

07/16/2024   Las Vegas, NV
DATE

### Return

This warrant was received on *(date)* 07/17/2024, and the person was arrested on *(date)* 07/23/2024
at *(city and state)* LAS VEGAS, NV.

Date: 07/23/2024

_____
Arresting officer's signature

M. Moore FOR FBI
*Printed name and title*