RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Spencer Christjencody Gear

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  SPENCER CHRISTJENCODY GEAR,  Defendant. | Case No. 2:24-cr-00152-JAD-BNW  **NOTICE OF APPEARANCE** |

Notice is hereby given that Assistant Federal Public Defender Benjamin F. J. Nemec will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 2nd day of August 2024.

                                    RENE L. VALLADARES
                                    Federal Public Defender

                              By:   */s/ Benjamin F. J. Nemec*
                                    BENJAMIN F. J. NEMEC
                                    Assistant Federal Public Defender
                                    Attorney for Spencer Christjencody Gear