*Unites States v. Spencer Christjencody Gear*
2:24-cr-00152-JAD-BNW

**Index of Exhibits to Reply**

| No. | Document |
|-----|----------|
| A | Interview by Capital Police |
| B | Email to Judge Kitchens |
| C | FBI 302 of interview |
| D | Email from US Marshals |