# EXHIBIT "A"

# EXHIBIT "A"

Title:  (U) Phone Call with U.S. Capitol Police
Re:    ▓Redacted▓, 01/26/2024

- The caller will "cut his head off," referring to Rep. Castro.
- "They" will be killed, and "we are going hunting."

The caller began speaking and did not stop until he hung up. The caller stated he would execute anyone that keeps the border open, and he would "cut his head off", referring to Congressman Castro. The call ended with the caller saying "we're ready to go hunting ", and then hung up. The intern stated the call lasted about a minute, and there was no back and forth conversation.

   SA Ury determined telephone number ▓▓▓-9083 belonged to GEAR. SA Ury also provided additional information regarding USCP previous interactions with GEAR.

   On January 12, 2024, USCP received a report from the office of Congressman Jamie Raskin regarding a call from telephone number, ▓▓▓-9083. The male caller stated "Please let the Congressman know that this is intimidation. He should be intimidated." Congressman Raskin is the Congressman for the 8th District of Maryland.

   On October 10, 2023, the office of U.S. Senator Jacky Rosen took a live call from telephone number, ▓▓▓-9083. The staff provided the following notes on the call to USCP:

   The caller stated that he is calling all of the senators who have voted for an open border that allows military-aged men to enter the country. The caller stated if there is an attack on the country from the inside the way there was in Israel then all of those senators will be considered enemies of the state and will be hunted down. When the staff asked for more contact information he stated that he won't give it but that I should elevate it to the senator because it was regarding her safety.

   On April 22, 2021, USCP received a report from the staff of Senator Amy Klobuchar's Washington DC Office regarding a call from telephone number, ▓▓▓-9083. The caller ID showed "Son Goku." The caller "promised Senator Klobuchar was on a hit list." The intern asked the

UNCLASSIFIED

Title:  (U) Phone Call with U.S. Capitol Police
Re:  <span style="background:black">Redacted</span>, 01/26/2024

caller if that was a death threat, and the caller responded with "it was a promise."

   On the same day, SA Ury contacted GEAR via telephone number, ███-9083, regarding GEAR's statements. GEAR answered the call, and confirmed his identity. GEAR then made the following statements:

- SA Ury asked GEAR about Senator Klobuchar being on a hit list
- GEAR stated "she's not on any hit list"
- GEAR stated "I'm just saying, first of all she has no business trying to censor people based on their views, it's very dangerous"
- GEAR stated "so I warned her about that"
- GEAR stated "and I also said that if she wants to mandate vaccines, she was going to end up on a real hit list"
- GEAR stated "nobody's on a hit list as of right now"
- GEAR stated "I'm just saying, you're not gonna force people"
- GEAR stated "you're not going to tell me that I have to be a second class citizen unless I get an experimental... putting anything in my body"
- GEAR stated "like if you're trying to take away my serenity, my rights without due process, which is unconstitutional and illegal, then you're going to end up on a hit list" (by society)
- GEAR stated "nobody's on a hit list right now, I'm just sending her a warning"
- GEAR stated "I'll be sending the Senator from New Mexico the same warning later today, so you'll probably get a call about that too"
- GEAR stated "I'm not some crazy lunatic that's gonna go out and just start shootin up, absolutely not"
- GEAR stated "that's not what society is about, I want liberty and I want the constitution"
- GEAR stated "I want everybody to be able to make choices for themselves especially the medical choices"
- GEAR stated "the actions she's taking with her hit list"
- GEAR stated "Representatives from New Mexico sent out a list to Tech companies that they literally call a 'hit list' they're their words"
- GEAR stated "she sent out a hit list to these Tech companies that said these specific people should have their accounts banned and their livelihoods taken away because they have a different opinion of her"
- GEAR stated "it's a medical opinion that should be something that should be up for debate"

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) Phone Call with U.S. Capitol Police
Re:     [Redacted], 01/26/2024

- GEAR stated "she's not my Senator, I'm in Nevada"
- GEAR stated "I'm nowhere near Minnesota or Washington DC, and I don't have time for that stuff"

[Agent Note: Email Communications, Report from USCP, and audio of the April 22, 2021 interview are attached as a digital 1A.]

♦♦