# EXHIBIT "B"

# EXHIBIT "B"

**Millar, Alexander (LV) (FBI)**

**From:** McLaughlin, Shannon <Redacted>
**Sent:** Thursday, May 27, 2021 2:05 PM
**To:** Redacted
**Subject:** [EXTERNAL EMAIL] - FW: Tyranny

See below.

**Shannon McLaughlin**
Regional Intelligence Manager
Southeast Texas Region
Texas Department of Public Safety
Redacted

CONFIDENTIALITY NOTICE: This is a CONFIDENTIAL LAW ENFORCEMENT COMMUNICATION. If you have received this message in error, do not disseminate, distribute, use, or copy this communication if you are not an intended recipient. Please contact the sender by reply e-mail or phone and DESTROY all copies of the original.

**From:** Spencer Gear
**Sent:** Tuesday, May 25, 2021 12:35 PM
**To:**
**Subject:** Tyranny

I would like to let the dishonorable judge Kitchens know that the mandators of vaccines will soon be liquidated. If he would like to remain a part of this dimension he should refrain from using his position to force medical care upon people. We will not tolerate violations of human rights. There will be no mercy for the mandators of vaccines and no deference for anyone even a judge when the hammer of Liberty crushes all who have risen up against it.

Get right with the Constitution or die you still have time but that is running thin.

Sic Semper Tyrannus

 Virus-free. www.avast.com

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please send this email as an attachment to SPAM@dps.texas.gov.

1

US-000096