# EXHIBIT "C"

# EXHIBIT "C"

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ____06/04/2021____

On June 4, 2021, Spencer GEAR, phone number ▇▇▇2-9083, was interviewed by phone. A knock and talk at ▇▇ ▇ ▇▇▇▇▇ ▇▇ ▇▇▇, Las Vegas, Nevada 89145 was attempted earlier in the day by Special Agents (SA) Kyle Hill and Daniel Murphy. After being advised of the identity of the interviewing Agent and nature of the interview, GEAR provided the following information:

GEAR was the user of email account ▇▇▇▇▇▇▇▇ and did send the email to Judge Kitchens ▇▇▇▇▇▇▇). GEAR read a court case regarding Judge Kitchens online, but couldn't remember from what website. GEAR believed Judge Kitchens did not have the right to force parents to be vaccinated in order to see their child. GEAR had no intentions to go to Texas or to kill the Judge. GEAR acknowledge the language used in the email, specifically the word liquidated, was too far and he would tone down the use of threatening words. GEAR was a strong believer in human rights and did not want to hurt anyone.

GEAR had sent other messages to individuals, but did not remember who else at the time. GEAR had no intentions to stop expressing his opinion to people who try to violate the U.S. Constitution or human rights.

[Agent Note: GEAR was admonished that the 1st amendment does not protect threatening messages.]

UNCLASSIFIED//FOUO

| Investigation on | 06/04/2021 | at | Las Vegas, Nevada, United States (Phone) | | |
|---|---|---|---|---|---|
| File # | Redacted | | | Date drafted | 06/04/2021 |
| by | Kyle J. Hill | | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.