# EXHIBIT "D"

# EXHIBIT "D"

I hope all has been well. Simply reaching out to see if anything new has developed with Spencer Gear.

Merry Christmas,

Eric Coln
USMS E/LA

**From:** Margaret Dufour <Redacted>
**Sent:** Monday, December 18, 2023 3:05 PM
Redacted
**Subject:** RE: Threat received via email

Hi Eric, is there anything further we should update the court with?

Very Respectfully,

Margaret H. Dufour
Executive Assistant to Lyle W. Cayce, Clerk of Court
US Fifth Circuit Court of Appeals
Redacted
Chat with Me


**From:** Coln, Eric (USMS) <Redacted>
**Sent:** Tuesday, December 5, 2023 5:10 PM
**To:** Margaret Dufour <Redacted>
**Subject:** Re: Threat received via email

**CAUTION - EXTERNAL:**

Margaret,

I can't recall if I mentioned it yesterday, but needless to say, we recommend having your IT division block that email address from your system.

Respectfully,

Eric

> On Dec 5, 2023, at 10:21, Coln, Eric (USMS) <Redacted> wrote:
>
> Margaret,
>
> Continuing our conversations yesterday, email threat subject Spencer GEAR is of record for numerous email and voice mail threats nationwide since June of this year. GEAR has a politically vocal social media presence.
>
> The FBI interviewed GEAR in 2020, at which time GEAR was assessed to not be a threat. He's now under investigation by both the USMS and FBI, who are currently attempting to locate him in Nevada for an

interview and possible federal or state prosecution. Federal prosecution has thus far been declined in Arkansas and Missouri.

GEAR has no identifiable violent criminal history.

More to follow as relevant information is developed.

Respectfully,

Eric

**From:** Margaret Dufour <Redacted>
**Sent:** Monday, December 4, 2023 8:30 AM
Redacted
**Subject:** Threat received via email

Good Morning Eric,

We received the email below at our webmaster account. I forward to you for further investigation, as it is a threat. Please let me know if you have any questions or we can assist in any way. Thank you.

Very Respectfully,

Margaret H. Dufour
Executive Assistant to Lyle W. Cayce, Clerk of Court
US Fifth Circuit Court of Appeals

Redacted

**From:** Spencer Gear <Redacted>
**Sent:** Friday, December 1, 2023 11:23 PM
**To:** CA05 Webmaster <Redacted>
**Subject:** Help

**CAUTION - EXTERNAL:**

This is the only warning to this court.

The recent ruling to remove the barriers on our southern border during a crisis is TREASON.

Reverse course, FOLLOW the Constitution. One of the ONLY legitimate duties of the federal government is to secure our borders.

Get your shit together. You signed up for the job. Do it or resign. Because the consequences of treason will be death.

It WILL be death. No mercy only Justice Absolute.

There will be trials and all who have committed acts of treason WILL NOT be afforded your false shield