**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SPENCER CHRISTJENCODY GEAR,<br><br>        Defendant. | Case No. 2:24-cr-00152-JAD-BNW<br><br>ORDER |

Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on May 12, 2025; be filed and continued to June 5, 2025.

DATED this 30th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

3