**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

         Plaintiff,

     v.

SPENCER CHRISTJENCODY GEAR,

         Defendant.

Case No. 2:24-cr-00152-JAD-BNW

ORDER

Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the defendant's reply to defendant's second Motion to Dismiss Indictment, ECF No. 73, shall be file on or before February 3, 2026.

DATED this 26th day of January 2026.

_____
UNITED STATES DISTRICT JUDGE

3