UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America                              2:24-cr-00152-JAD-BNW

vs.                                                  MINUTES OF THE COURT

Spencer Christjencody Gear                           DATE: 02/17/2026

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>          REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Jacob Operskalski and Dan Schiess</u>

COUNSEL FOR DEFENDANT(S): <u>Rebecca Levy and Sean McClelland</u>

PROCEEDINGS: Jury Trial - Day 1

8:36 AM Court convenes outside the presence of the jury.  Defendant is present in custody. All parties are present.

For the reasons stated on the record, **IT IS ORDERED that:**
MOTION in Limine to Exclude Text Message [ECF No. 164] is **DENIED**.
MOTION in Limine to Introduce Social Media Posts As An Illustrative Aid [ECF No. 165] is **DENIED.**
MOTION in Limine to Exclude Use of Transcripts [ECF No. 172] is taken under advisement**.**
The issues remaining in MOTION in Limine to Exclude Comparative Testimony Regarding Undisclosed Other Threats and Lay Witness Testimony that Communications are Threats [ECF No. 160] are **DENIED.**

Housekeeping matters are discussed.

9:29 AM Sixty-seven prospective jurors enter the courtroom.

The Court makes opening remarks, introduces the staff, has counsel introduce themselves and gives a summary of the case to the prospective jurors. The prospective jurors are sworn, and voir dire commences.

12:56 PM The prospective jurors are excused for a break. The court stands at recess.

1:02 PM Prospective jurors enter the courtroom. Voir dire continues.

2:02 PM Counsel exercise peremptory challenges outside the presence of the prospective jury.

2:28 PM Outside the presence of the jury, the Government moves for a Batson challenge. Defense responds. The Court DENIES the motion.

2:31 PM Counsel continues to exercise peremptory challenges outside the presence of the prospective jury.

2:44 PM Outside the presence of the jury, a discussion is held regarding the peremptory process.

3:04 PM The prospective jury enters the courtroom.

The unselected jurors are excused. Selected jurors are sworn.

3:21 PM The jury is admonished and excused for the evening.

**Jury Trial continued to February 18, 2026, at 8:15 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____ /s/_____
Summer Rivera, Deputy Clerk