UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America     2:24-cr-00152-JAD-BNW

vs.     MINUTES OF THE COURT

Spencer Christjencody Gear     DATE: 02/18/2026

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>     REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Jacob Operskalski and Dan Schiess</u>

COUNSEL FOR DEFENDANT(S): <u>Rebecca Levy and Sean McClelland</u>

PROCEEDINGS: Jury Trial - Day 2

8:32 AM Court convenes outside the presence of the jury. Defendant is present in custody. All parties are present.

Outside the presence of the jury, the court discusses limited instructions with the parties.

As stated on the record, the Motion in Limine to Exclude Use of Transcripts [ECF No. 172] is **DENIED**.

Argument was heard regarding law clerk testimony.

9:12 AM Court takes a brief recess.

9:33 AM Court reconvenes. The jury enters the courtroom.

The Court instructs the jury on the elements of the offense and the order of trial proceedings.

Opening arguments are presented on behalf of the Government by Mr. Operskalski and on behalf of the defendant by Mr. McClelland.

The jury is admonished and excused for a break.

Outside the presence of the jury, the court hears further argument on law clerk testimony. The court issues her order.

At the request of counsel, the exclusionary rule is invoked.

Jury enters the courtroom.

**VICTOR HILTNER** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. **EXHIBITS 14, 16, 17** are marked and admitted. **EXHIBIT 15** is marked only. Cross examination is conducted by Mr. McClelland. Redirect is conducted. Recross is conducted. Redirect is conducted. The witness is excused.

**U.S. DISTRICT JUDGE JIA COBB** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

12:13 PM Jury is admonished and excused for the lunch break. Court stands at recess.

12:47 PM Court reconvenes. The jury enters the courtroom.

The parties stipulate to **EXHIBIT 24**.

**JUDGE JUAN MERCHAN** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. Cross examination is conducted by Mr. McClelland. Redirect is conducted. Recross is conducted. The witness is excused.

**NEW YORK DISTRICT ATTORNEY ALVIN BRAGG** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. Cross examination is conducted by Mr. McClelland. Redirect is conducted. Recross is conducted. The witness is excused.

The jury is admonished and excused for an afternoon break.

Outside the presence of the jury, the court and parties have discussions regarding law clerk testimony. The courtroom is sealed at 1:37 pm. The courtroom is unsealed at 1:55 pm.

1:55 PM Court stands at recess.

2:11 PM Court reconvenes. The court and parties further discuss law clerk testimony.

The jury enters the courtroom.

Mr. Schiess reads a stipulation into the record, that two phone calls were made to Judge Howell's chambers from the same phone number.

**LARA MARKEY** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBITS 1, 2** are marked and admitted. Cross examination is conducted by Mr. McClelland. Redirect is conducted. Recross is conducted. The witness is excused.

The jury is admonished and excused for the evening.

Housekeeping matters are discussed outside the presence of the jury.

3:30 PM Court adjourns.

**Jury Trial continued to February 19, 2026, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

                                                      DEBRA K. KEMPI, CLERK
                                                      United States District Court
                                                      By: _____/s/_____
                                                      Summer Rivera, Deputy Clerk