UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America                             2:24-cr-00152-JAD-BNW

vs.                                                  MINUTES OF THE COURT

Spencer Christjencody Gear                           DATE: 02/19/2026

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera          REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Jacob Operskalski and Dan Schiess

COUNSEL FOR DEFENDANT(S): Rebecca Levy and Sean McClelland

PROCEEDINGS: Jury Trial - Day 3

8:25 AM Court convenes. Defendant is present in custody. All parties are present.

The jury enters the courtroom.

Mr. Schiess reads the stipulation regarding transcripts [ECF No. 180] into the record.

**ANDREW USECHE** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. **EXHIBIT 11A** is marked and admitted. **EXHIBIT 11C** is marked only. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

**BEN THOMAS** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. **EXHIBIT 11B** is marked and admitted. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

**U.S. REPRESENTATIVE JOAQUIN CASTRO** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

**KATHERINE QUINN** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBITS 5, 6** are marked and admitted.

10:03 AM The jury is admonished and excused for the morning break. Court stands at recess.

10:15 AM Court reconvenes. The jury enters the courtroom.

**KATHERINE QUINN** previously sworn resumes the stand on cross examination by Ms. Levy. Redirect is conducted. Recross is conducted. The witness is excused.

**PHOEBE WILLIAMS** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBITS 19, 20B** are marked and admitted. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

Jury is admonished and excused for the lunch break.

Outside the presence of the jury, the parties discuss issues that may arise from the testimony given by witness Andrew Mohan.

11:32 AM Court stands at recess.

11:59 AM Court reconvenes. The jury enters the courtroom.

Outside the presence of the jury, the parties continue the discussion about testimony that will come from Andrew Mohan.

12:07 PM Court stands at recess.

12:14 PM Court reconvenes. The parties provide an update as to the testimony from Andrew Mohan.

The jury enters the courtroom.

**BRANDON UHL** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. The witness is excused.

**DEBORAH YOON** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBITS 28, 30** are marked and admitted. Cross examination is conducted by Ms. Levy. Redirect is conducted. Recross is conducted. The witness is excused.

**ANNE WARNKE** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBIT 30** is marked and admitted. Cross examination is conducted by Ms. Levy. The witness is excused.

The jury is admonished and excused for an afternoon break.

Outside the presence of the jury, Mr. Operskalski provides the court with an update on the testimony of Andrew Mohan.

1:20 PM Court stands at recess.

1:27 PM Court reconvenes. The jury enters the courtroom.

**ANDREW MOHAN** is sworn and testifies on direct examination on behalf of the Government by Mr. Operskalski. **EXHIBIT 7, 8** are marked and admitted. Cross examination is conducted by Ms. Levy. The witness is excused.

The jury is admonished and excused for the evening.

Housekeeping matters are discussed outside the presence of the jury.

1:46 PM Defendant is remanded to custody. Court adjourns.

**Jury Trial continued to February 20, 2026, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk