UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00152-JAD-BNW |
| vs. | MINUTES OF THE COURT |
| Spencer Christjencody Gear | DATE: 02/20/2026 |

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera         REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Jacob Operskalski and Dan Schiess

COUNSEL FOR DEFENDANT(S): Rebecca Levy and Sean McClelland

PROCEEDINGS: Jury Trial - Day 4

8:23 AM Court convenes. All parties are present. Due to transportation complications the defendant's presence is waived for this part of the proceeding.

Outside the presence of the jury and the defendant. The parties and the court discuss logistics for a witness testifying via zoom. Housekeeping matters are discussed.

The defendant is present in custody.

The jury enters the courtroom.

**U.S. DISTRICT JUDGE LEWIS KAPLAN** is sworn and testifies via zoom on direct examination on behalf of the Government by Mr. Operskalski. Cross examination is conducted by Mr. McClelland. Redirect is conducted. The witness is excused.

**MICHELLE RYAN** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBIT 13B** is marked and admitted. The witness is excused.

**SHAWN LLEWELLYN** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. Cross examination is conducted by Mr. McClelland. The witness is excused.

The jury is admonished and excused for the morning break.

Outside the presence of the jury Ms. Levy moves for a mistrial. Mr. Schiess responds. Ms. Levy replies. The court DENIES the motion.

9:42 AM Court stands at recess.

9:51 AM Court reconvenes. Outside the presence of the jury, Mr. Schiess moves to reopen a motion in limine. Ms. Levy responds. Mr. Schiess replies. The court DENIES the request.

The jury enters the courtroom.

**KYLE HILL** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBIT 61** is marked and admitted. Cross examination is conducted by Ms. Levy. The witness is excused.

**DANIEL HARRIS** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBIT 57** is marked and admitted. Cross examination is conducted by Ms. Levy. The witness is excused.

**SARAH ARCE** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. The witness is excused.

Jury is admonished and excused for the lunch break.

Outside the presence of the jury, Mr. Schiess moves to reopen a motion in limine. Ms. Levy responds. Mr. Schiess replies. The court takes the matter under advisement.

11:45 AM Court stands at recess.

12:05 AM Court reconvenes. Outside the presence of the jury, the court issues her order on Mr. Schiess's request to reopen a motion in limine. The court DENIES the request.

The jury enters the courtroom.

**ERIN SWEENEY** is sworn and testifies on direct examination on behalf of the Government by Mr. Schiess. **EXHIBITS 32, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 50, 52, 64, 65, 66, 67, 68, 70, 71, 72, 73, 75, 76, 78, 79, 80, 81, 82, 83** are marked and admitted.

1:18 PM The jury is admonished and excused for an afternoon break. Court stands at recess.

1:29 PM Court reconvenes. The jury enters the courtroom.

**ERIN SWEENEY** previously sworn resumes the stand on direct examination. **EXHIBITS 18, 23, 45, 48, 51.** Cross examination is conducted by Ms. Levy. The witness is excused.

The jury is admonished and excused for the evening.

Housekeeping matters are discussed outside the presence of the jury.

2:19 PM Defendant is remanded to custody. Court adjourns.

**Jury Trial continued to February 23, 2026, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk