UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00152-JAD-BNW |
| vs. | MINUTES OF THE COURT |
| Spencer Christjencody Gear | DATE: 02/23/2026 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>   REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Jacob Operskalski and Dan Schiess</u>

COUNSEL FOR DEFENDANT(S): <u>Rebecca Levy and Sean McClelland</u>

PROCEEDINGS: Jury Trial - Day 5

8:17 AM Court convenes. Defendant is present in custody. All parties are present.

Outside the presence of the jury. The court hears argument on the Motion in Limine to Admit Exhibit 612A or 612B, Display to Jury, and Read Into the Record [ECF No. 190]. For the reasons stated on the record, the court ORDERS that **the Motion in Limine to Admit Exhibit 612A or 612B, Display to Jury, and Read Into the Record [ECF No. 190] is DENIED.**

The defense orally moves for a Rule 29 Motion for judgment of acquittal. The Government responds. The matter is taken under advisement.

Defendant is sworn and canvassed. The court begins canvassing the defendant.

The jury enters the courtroom.

Government rests it's case in chief.

**SPENCER GEAR** is sworn and testifies on direct examination on behalf of the Defense by Ms. Levy. **EXHIBIT 514** is marked and admitted.

9:15 AM The jury is admonished and excused for the morning break. Court stands at recess.

9:31 AM Court reconvenes. The jury enters the courtroom

**SPENCER GEAR** previously sworn resumes the stand on cross examination by Mr. Operskalski.

The jury is admonished and excused for a break.

Outside the presence of the jury, the parties argue what can and cannot be allowed through Mr. Gears testimony.

10:50 AM Court stands at recess.

10:56 AM Court reconvenes. The jury enters the courtroom.

**SPENCER GEAR** previously sworn resumes the stand on cross examination. Redirect is conducted. Recross is conducted. Mr. Gear is excused.

Jury is admonished and excused for the lunch break.

Outside the presence of the jury, the court hears argument about the testimony Mr. Gear gave. The government moves to reopen the cross examination of Mr. Gear. This matter is taken under advisement.

11:52 AM Court stands at recess.

12:19 PM Court reconvenes. Outside the presence of the jury, the court hears further argument on the Government's request to reopen the cross examination of Mr. Gear. The court issues her findings on the record.

Defendant is sworn and canvassed. The court begins canvassing the defendant.

The jury enters the courtroom.

The Defense rests their case.

The Government begins their rebuttal case.

**ERIN SWEENEY** previously sworn resumes the stand on direct examination on behalf of the Government by Mr. Schiess. **EXHIBIT 55** is marked and admitted. The witness is excused.

The Government rests their rebuttal case.

The jury is admonished and excused for the afternoon.

Outside the presence of the jury, the defense renews their Rule 29 motion based on prior arguments. The Government does not have anything to add to their prior response.

1:17 PM The court stands at recess.

1:41 PM Court reconvenes outside the presence of the jury. The court and parties discuss jury instructions.

3:09 PM Defendant is remanded to custody. Court adjourns.

**Jury Trial continued to February 24, 2026, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk