UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00152-JAD-BNW |
| vs. | MINUTES OF THE COURT |
| Spencer Christjencody Gear | DATE: 02/24/2026 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>     REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Jacob Operskalski and Dan Schiess</u>

COUNSEL FOR DEFENDANT(S): <u>Rebecca Levy and Sean McClelland</u>

PROCEEDINGS: Jury Trial - Day 6

8:34 AM Court convenes. Defendant is present in custody. All parties are present.

Outside the presence of the jury. The court addresses defense's brief re: proposed theory of defense [ECF No. 194].

As stated on the record, the court **DENIES** the defense's Rule 29 motion and Rule 29 renewed motion.

8:48 AM Court stands at recess.

9:02 AM Court reconvenes. The jury enters the courtroom.

The court reads jury instructions.

Mr. Schiess makes closing arguments on behalf of the Government.

10:19 AM The jury is admonished and excused for the morning break. Court stands at recess.

10:29 AM Court reconvenes. The jury enters the courtroom.

Ms. Levy makes closing arguments on behalf of the defendant.

Mr. Operskalski makes rebuttal closing arguments.

The court reads remaining jury instructions.

The court security officer is sworn. The jury begins deliberating.

11:40 AM Court stands at recess.

3:16 PM Court reconvenes. Outside the presence of the jury, the court and parties discuss juror note #1.

3:19 Court stands at recess.

3:47 PM Court reconvenes. The jury enters the courtroom. The foreperson notifies the court that a verdict has been reached on 20 of the 22 counts. The jury is polled.

The defendant is found GUILTY on counts 1-8 and 11-22 of the Indictment [ECF No. 1]. The defendant is found NOT GUILTY on counts 9 and 10 of the Indictment [ECF No. 1].

The Court thanks the jury for their service and excuses them from the courtroom.

3:58 PM Defendant is remanded to custody. Court adjourns.

**Sentencing and disposition set for June 1, 2026, at 10:00 a.m. in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk