# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-cr-00152-JAD-BNW |
| Plaintiff | **Verdict Form** |
| v. | |
| SPENCER CHRISTJENCODY GEAR, | |
| Defendant | |

We, the jury in the above-captioned case, upon our oaths, do say:

1. COUNT ONE: As to the offense of Threatening a Federal Official, as charged in count one of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

   Not Guilty _____     Guilty __X__.

2. COUNT TWO: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count two of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

   Not Guilty _____     Guilty __X__.

3. COUNT THREE: As to the offense of Threatening a Federal Official, as charged in count three of the indictment,

We, the jury, find the defendant, Spencer Christjencody Gear:

    Not Guilty \_\_\_\_        Guilty  _X_ .

4. COUNT FOUR: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count four of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

    Not Guilty \_\_\_\_        Guilty  _X_ .

5. COUNT FIVE: As to the offense of Threatening a Federal Official, as charged in count five of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

    Not Guilty \_\_\_\_        Guilty  _X_ .

6. COUNT SIX: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count six of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

    Not Guilty \_\_\_\_        Guilty  _X_ .

7.   COUNT SEVEN: As to the offense of Threatening a Federal Official, as charged in count seven of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_     Guilty  X .

8.   COUNT EIGHT: As to the offense of Transmitting a Communication Containing a Threat to Injure a Federal Official, as charged in count eight of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_     Guilty  X .

9.   COUNT NINE: As to the offense of Threatening a Federal Official, as charged in count nine of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty  X      Guilty \_\_\_\_.

10.   COUNT TEN: As to the offense of Transmitting a Communication Containing a Threat to Injure a Federal Official, as charged in count ten of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty  X      Guilty \_\_\_\_.

11.    COUNT ELEVEN: As to the offense of Threatening a Federal Official, as charged in count eleven of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_        Guilty _X_.

12.    COUNT TWELVE: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count twelve of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_        Guilty _X_.

13.    COUNT THIRTEEN: As to the offense of Threatening a Federal Official, as charged in count thirteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_        Guilty _X_.

14.    COUNT FOURTEEN: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count fourteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty \_\_\_\_        Guilty _X_.

15. COUNT FIFTEEN: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count fifteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty _____     Guilty __X__.

16. COUNT SIXTEEN: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count sixteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty _____     Guilty __X__.

17. COUNT SEVENTEEN: As to the offense of Threatening a Federal Official, as charged in count seventeen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty _____     Guilty __X__.

18. COUNT EIGHTEEN: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count eighteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty _____     Guilty __X__.

19. COUNT NINETEEN: As to the offense of Threatening a Federal Official, as charged in count nineteen of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty ____    Guilty _X_.

20. COUNT TWENTY: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count twenty of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty ____    Guilty _X_.

21. COUNT TWENTY-ONE: As to the offense of Threatening a Federal Official, as charged in count twenty-one of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty ____    Guilty _X_.

22. COUNT TWENTY-TWO: As to the offense of Transmitting a Communication Containing a Threat to Injure, as charged in count twenty-two of the indictment, we, the jury, find the defendant, Spencer Christjencody Gear:

Not Guilty ____    Guilty _X_.

DATED this 24 day of February, 2026